IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TIFFINI DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-00102-RK |
| | ) |
| KANSAS CITY AREA | ) |
| TRANSPORTATION AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This is an employment discrimination case. The Court previously entered an order dismissing (without prejudice) Plaintiff's claims for racial discrimination, race-based retaliation, and a racially hostile work environment. (Doc. 18.) A clerk's judgment was entered on August 10, 2022. (Doc. 19.) On October 29, 2022, Plaintiff filed an amended complaint in this case. (Doc. 20.) Plaintiff filed a new case against Defendant Kansas City Area Transportation Authority on the same day. *Davis v. Kansas City Area Transportation Authority*, No. 4:22-cv-00698-RK (W.D. Mo.). Plaintiff did not file any other post-judgment motions in this case.

Defendant filed a motion to dismiss Plaintiff's amended complaint in this case for lack of jurisdiction. (Docs. 21, 22.) Plaintiff did not file a response, and the time for doing so has passed. In *Norman v. Arkansas Department of Education*, 79 F.3d 748 (8th Cir. 1996), the court held that after dismissing a case without prejudice for want of prosecution, the district court "lacked jurisdiction to take any further action in [the case]." *Id.* at 751. Plaintiff's amended complaint filed in this case (No. 4:22-cv-00102-RK) is therefore **DISMISSED** for lack of jurisdiction.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 5, 2022